### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| A.V. AVINGTON, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAXIM HEALTHCARE SERVICES INC. )<br>d/b/a MAXIM STAFFING SOLUTIONS )<br>AGENCY, INC., )<br>)<br>Defendant. ) | Case No. 14-CV-233-JED-PJC |

### JUDGMENT OF DISMISSAL

Pursuant to the Court's Order granting defendant's Motion to Dismiss Second Amended Complaint, plaintiff's second amended complaint (Doc. 23) is **dismissed with prejudice**. Judgment is hereby entered for defendant and against plaintiff. This is a final order terminating the case.

**DATED** this 30th day of September, 2016.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE